20 A.3d 1182

**Philip PAYES, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (COMMONWEALTH of PA/STATE POLICE), Respondents.**

Supreme Court of Pennsylvania.

May 17, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of May, 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether the Commonwealth Court erred as a matter of law in concluding that the Claimant was not exposed to abnormal working conditions when the WCJ found that he was exposed to an unusual event which made his job more stressful than it had been.